LAW OFFICES OF

GERALD B. LEFCOURT, P.C.

A PROFESSIONAL CORPORATION

148 EAST 78ᵀᴴ STREET

NEW YORK, NEW YORK 10075

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com

RENATO C. STABILE
stabile@lefcourtlaw.com

FAITH A. FRIEDMAN
friedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400

FACSIMILE
(212) 988-6192

January 18, 2008

VIA FACSIMILE TO: 212-805-6304

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

Re:  United States v. Patrick O'Donoghue, 07 CR
     989 (PAC)

Dear Judge Crotty:

    We are the attorneys for Patrick O'Donoghue, defendant in the above-referenced matter. With the consent of the government, we write to request an adjournment of Mr. O'Donoghue's sentencing, now scheduled for February 5, 2008 at 2:30 p.m. before your Honor. This is our first request for an adjournment, which is requested because Gerald Lefcourt, Esq. will be out of the country the week before the current sentencing and requires additional time to prepare our sentencing submission to the Court and prepare for sentencing. We have just today submitted our objections to the Presentence report to the United States Probation Department. We have conferred with Assistant United States Attorney Harry Chernoff and the following three dates are available to the parties:

    February 20, 2008 (at either 11 am or 4 pm only)

    February 21, 2008

    February 25, 2008

**MEMO ENDORSED**

LAW OFFICES OF
### GERALD B. LEFCOURT, P.C.

The Honorable Paul A. Crotty
United States District Judge
January 18, 2008
Page 2

We thank the Court for its consideration.

Respectfully submitted,

Renato C. Stabile

cc:    Harry Chernoff, Esq.
Assistant United States Attorney
(by fax to: 212-637-2620)

Application GRANTED. The sentencing is adjourned to
2/25/08 at 3:30 PM in Courtroom 20-C

SO ORDERED: 1/22/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE