```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
         - v. -                   :    ORDER
PATRICK O'DONOGHUE,               :    07 Cr. 989 (PAC)
              Defendant.          :
- - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2008

   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 24, 2007;

   WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
        February 25, 2008

                                    _____
                                    PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE