LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
friedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

February 29, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008

VIA FACSIMILE TO: 212-805-6304

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

Re: United States v. Patrick O'Donoghue, 07 CR 989 (PAC)

Dear Judge Crotty:

We write in response to the February 28, 2008 letter to the Court from Assistant United States Attorney Harry Chernoff regarding correcting the sentence imposed in the above-referenced matter. We agree with the government that the appropriate way to impose the sentence contemplated by the Court is to sentence Mr. O'Donoghue to 30 months' probation, to include weekend custody during the first six months of probation as a condition pursuant to 18 USC § 3563 (b) (10). Mr. O'Donoghue has no objection to the Court correcting the sentence in that manner pursuant to Rule 35 (a) of the Federal Rules of Criminal Procedure. Mr. O'Donoghue also waives any right he may have to be present pursuant to Rule 43 (b) (4)

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Gerald B. Lefcourt

cc: Harry Chernoff, Esq.
   Assistant United States Attorney
   (by fax to: 212-637-2620)

TOTAL P.02